LOUIS STRAUS et al., Appellants, *v.* CHICAGO GLYCERINE COMPANY, Respondent.

(Argued January 31, 1888; decided February 28, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of May, 1887, which reversed an order of Special Term deny-

ing a motion on the part of defendant to vacate and set aside a levy under a warrant of attachment herein and which vacated said levy.

*William T. Morris* for appellants.

*James Byrne* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., not voting.
Order affirmed.